IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HAROLD and LOIS WHITE, Husband and Wife,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | **8:04CV156** |
| vs. | ) ) | **ORDER** |
| **HOWMEDICA, INC., a wholly owned Subsidiary of Pfizer Drug Company,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on motion of defendant, MTG Divestitures LLC, formerly known as MTG Divestitures Inc., and also formerly known as Howmedica Inc. ("MTG"), for an enlargement of time to disclose its experts and provide expert reports. For good cause shown, and upon counsel's representation that there is no objection,

**IT IS ORDERED** that the motion (#31) is granted. MTG's disclosure of experts and the provision of expert reports in accordance with the requirements of Rule 26(a)(2) are due thirty (30) days following the filing of Plaintiffs' response to Defendant's motion for summary judgment. The remaining dates in the Court's Final Progression Order shall remain in effect.

**DATED September 15, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**