**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HAROLD WHITE, and LOIS WHITE,** | ) | **CASE NO. 8:04CV156** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MTG DIVESTITURES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 28 be stricken from the record for the following reason:

- Incorrect event was chosen.

The Clerk office also requests that Document Number 28 be sealed.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike and seal Document Number 28 from the record. The party is directed to re-file the document.

DATED this 20th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge