IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HAROLD WHITE, and LOIS WHITE,** | ) | **CASE NO. 8:04CV156** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MTG DIVESTITURES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiffs' Motion for an Extension of Time (Filing No. 29). Plaintiffs seek an additional 15 days to respond to the Defendant's Motion for Summary Judgment (Filing No. 25). Plaintiffs represent in the motion that the Defendant has no objection to the extension. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion for an Extension of Time (Filing No. 29) is granted;

2. Plaintiffs shall respond to the Defendant's Motion for Summary Judgment on or before Friday, September 30, 2005.

DATED this 20th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge