## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HAROLD WHITE, and LOIS WHITE,** | ) | **CASE NO. 8:04CV156** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MTG DIVESTITURES, LLC,,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiffs' Motion to Withdraw (Filing No. 38) a document that Plaintiffs misfiled in this case at Filing No. 36, and on the Plaintiffs' Amended Second Application for Additional Time (Filing No. 37) to respond to the Defendant's motion for summary judgment. Plaintiffs represent that their second request for an extension of time is not opposed by Defendant. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion to Withdraw (Filing No. 38) is granted;

2. Plaintiffs' Second Motion for Additional Time (Filing No. 36) is deemed withdrawn;

3. Plaintiffs' Amended Second Application for Additional Time (Filing No. 37) is granted; and

4. Plaintiffs shall respond to the Defendant's motion for summary judgment on or before Friday, October 14, 2005.

DATED this 6th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge